UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: ANTONIO BELLO CORTES  
     URB PUNTO ORO 2DA EXT  
     6303 CALLE PACIFICO  
     PONCE PR           00728-0000

CASE No. 03-07813-S  
JUDGE: SARA DE JESUS

FINAL REPORT AND ACCOUNT

SS#1  
SS#2 - 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

This Case was Commenced on Jul 22, 2003     The Plan was Confirmed on     The Case was Concluded on Nov 17, 2003

THE SUBJECT CASE HAS BEEN DISMISSED BEFORE CONF

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of creditors.     $ 270.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ASOCIACION EMPLEADOS DEL ELA | SURRENDER | .00 | .00 | .00 | .00 |
| ASOCIACION EMPLEADOS DEL ELA | UNSECURED | .00 | .00 | .00 | .00 |
| BANCO BILBAO VIZCAYA | NOTICE OF | .00 | .00 | .00 | .00 |
| DEPARTMENT OF TREASURY | PRIORITY | 100.02 | .00 | .00 | .00 |
| DEPARTMENT OF TREASURY | UNSECURED | 1445.55 | .00 | .00 | .00 |
| DEPARTMENT OF TREASURY | UNSECURED | 107.84 | .00 | .00 | .00 |
| DIRECT LOAN SERVICE CENTER | UNSECURED | 32198.05 | .00 | .00 | .00 |
| ISLAND FINANCE | DIR.-PAY | 24304.22 | .00 | .00 | .00 |
| PONCEBANK BANKRUPTCY DEPT | ARREARS | 1504.70 | .00 | .00 | .00 |
| PONCEBANK BANKRUPTCY DEPT | DIR.-PAY | 39909.72 | .00 | .00 | .00 |
| PUERTO RICO TELEPHONE COMPANY | UNSECURED | 1686.89 | .00 | .00 | .00 |
| R&G MORTGAGE CORPORATION SEE 7 | PAID DIRE | 20652.85 | .00 | .00 | .00 |
| R&G MORTGAGE CORPORATION SEE 7 | MORTGAGE | 661.72 | .00 | .00 | .00 |

PAGE 1 - CONTINUED ON NEXT PAGE

```
CASE NO. 03-07813-S
DEBTOR(S): ANTONIO BELLO CORTES
```

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| R&G MORTGAGE CORPORATION | NOTICE OF | .00 | .00 | .00 | .00 |
| R&G MORTGAGE CORPORATION | MORTGAGE | 661.72 | .00 | .00 | .00 |
| R&G MORTGAGE CORPORATION | DIR.-PAY | 20652.85 | .00 | .00 | .00 |
| US DEPARMENT OF EDUCATION | NOTICE ON | .00 | .00 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 343.83 | .00 | .00 | .00 |
| ANTONIO BELLO CORTES | REFUND | 205.00 | 205.00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| AMT ALL | 108347.78 | 100.02 | 35782.16 | | 205.00 | 144434.96 | PRINCIPAL |
| PRIN PD | .00 | .00 | .00 | | 205.00 | 205.00 | AND INT. |
| INT PAID | .00 | .00 | .00 | | | 100.02 | 205.00 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| *JULIO RIVERA TORO* | 1500.00 | .00 |

COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

| FILING FEE & DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE | | OTHER COST | |
|---|---|---|---|---|---|---|
| | 1% OF RECEIPTS | .25 EA CLAIM OVER 10 | EXP. & COMPENSATION | FUND | | |
| .00 | | .00 | 65.00 / | .00 | .00 | 65.00 |

PAGE 2 - CONTINUED ON NEXT PAGE

CASE NO. 03-07813-S
DEBTOR(S): ANTONIO BELLO CORTES

WHEREFORE, your Petitioner prays that an order be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability of the within precedings and closing the estate, and for such other and further relief as is just.

I Certify, in accordance with FBR 5009, that the estate has been fully administered, and any objections must be filed within 30 days.

DATED: DEC 29 2003

_____
ALEJANDRO OLIVERAS RIVERA, TRUSTEE

| 03-07813-S | CERTIFICATE OF MAILING | | |
|---|---|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| ALEJANDRO OLIVERAS RIVERA<br>PO BOX 9024062<br>SAN JUAN PR | 00902 | CELESTINO MATTA<br>U.S. POST OFF. & COURTHOUSE BL<br>SUITE 109, 300 RECINTO SUR<br>OLD SAN JUAN, PR | 00901 |
| *JULIO RIVERA TORO*<br>PO BOX 335090<br>PONCE PR | 00733 | EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA PR | 00739 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN PR | 00936 | PONCEBANK BANKRUPTCY DEPT<br>PO BOX 364745<br>SAN JUAN PR | 00936 |
| ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR | 00919 | R&G MORTGAGE CORPORATION<br>C/O CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN PR | 00902 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>PO BOX 2501<br>SAN JUAN PR | 00902 | DIRECT LOAN SERVICE CENTER<br>PO BOX 4609<br>UTICA NEW YORK | 13504 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>PO BOX 9024140<br>SAN JUAN PR | 00902 | US DEPARMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA GA | 30353 |
| BANCO BILBAO VIZCAYA<br>C/O ENRIQUE NASSAR RIZEK<br>PO BOX 191017<br>SAN JUAN PR | 00919 | VERIZON WIRELESS<br>C/O SANDRA E TORRES ESQ<br>PO BOX 360998<br>SAN JUAN PR | 00936 |
| PUERTO RICO TELEPHONE COMPANY<br>C/O SANDRA TORRES LOPEZ ESQ<br>PO BOX 360998<br>SAN JUAN PR | 00936 | | |
| ANTONIO BELLO CORTES<br>URB PUNTO ORO 2DA EXT<br>6303 CALLE PACIFICO<br>PONCE PR | 00728 | | |

DATED: December 29, 2003

NANCY ALAMO
OFFICE OF THE CHAPTER 13 TRUSTEE

PAGE 1 OF 1 - CASE NO. 03-07813-S